■ OLIVE MANNING, Appellant, v. WILLIAM J. BURK et al., Respondents.— Motion to require appellant to correct record on appeal denied. Memorandum: The problems concerning the completeness of the record should be determined by the Special Term Justice.

■ DOMM BROTHERS, INC., Respondent, v. WESTRIDGE REALTY INC., Appellant, et al., Defendants.— Motion granted to prosecute appeal on one typed copy of stenographic minutes, one original and five typed copies of other papers constituting record on appeal and five typed appellant's briefs.

■ FRANZ FARR, Appellant, v. ELBERT C. HARDY, Respondent, et al., Defendant.— Motion to relieve appellant of operation of rule X of the Rules of the Appellate Division, Fourth Department, granted and respondent directed to file and serve brief on or before October 4, 1962, and time for argument of appeal extended to November 1962 Term.

■ FRANCIS NOAH, Appellant, v. LEO BERGER et al., Respondents.— Application for final order of dismissal of appeal denied and appeal set down for argument at October 1962 Term.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT BUCK. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM R. LISS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD JOHN SIMARI.— [In each case] Motion granted and time for argument of appeal enlarged to include November 1962 Term.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES F. ANDERSON (Richard Hillman, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK v. BENNIE JACKSON (Walter C. Eves, Esq.).— [In each case] Motion granted to prosecute appeal on original papers and counsel assigned.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURD, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CICERO, Appellant.— Appeal dismissed on stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE K. COOK, Appellant.— Reargument of motion granted, and upon reargument, motion granted to prosecute appeal on original papers, typed briefs, and otherwise denied.